1134

No. 99–8738. ALFORD v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 99–8739. DUKE v. ABSENTEE SHAWNEE TRIBE OF OKLAHOMA HOUSING AUTHORITY. C. A. 10th Cir. Certiorari denied.

No. 99–8744. HAIRSTON v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 99–8756. PENNS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–8760. MCLEAN v. MEMBERS OF VIRGINIA BOARD OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8761. MARSH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–8762. MURDOCK v. WASHINGTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–8763. ATKINS v. TESSMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8764. CORONADO v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8773. HILL v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8784. COUTEE v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8834. KIKUYAMA v. MADDOCK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8845. CHAPPELL v. DEEDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–8857. FARMER v. TRENT, WARDEN, ET AL. Sup. Ct. App. W. Va. Certiorari denied.